FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Stephen Isoczky,<br><br>　　　　　Defendant. | Case No.: SA CR 05-0146-RMT<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist./California for alleged violation(s) of the terms and conditions of (his)/her [probation] [supervised release]; and

　　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　　The Court finds that:

A.　(X)　The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on unknown bail resources, unknown whereabouts

1 _Since 2008, prior parole violation_

   and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _prior criminal history, including recent Eastern District bomb threat case_

   IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 3/4/13

_Jean Rosenbluth_
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE